IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHEN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.

CYPRESS BEND IV CONDOMINIUM
ASSOCIATION, INC.

        Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY

        Defendant.           /

## DEFENDANT, ALLSTATE INSURANCE COMPANY'S, NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that the Defendant, ALLSTATE INSURANCE COMPANY (hereinafter "Defendant" or "ALLSTATE"), a foreign corporation, by and through its undersigned counsel and pursuant to 28 U.S.C. §1446, hereby files this Notice of Removal, in order to Remove the above-captioned civil action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United District Court for the Southern District of Florida.  The above-captioned civil action is entitled *Cypress Bend IV Condominium Association, Inc. vs. Allstate Insurance Company, a foreign insurance corporation*, Case No.: 10-02550-11 (hereinafter "State Court Action").  The grounds for Removal are the following:

        1.      ALLSTATE is the Defendant in a civil action brought by Plaintiff, Cypress Bend IV Condominium Association, Inc.  (hereinafter "Plaintiff" ), in the Circuit Court of  the Seventeenth Judicial Circuit in and for Broward County, Florida, which is located within the Ft. Lauderdale Division of the United States District Court for the Southern District of Florida.  The action is a suit

between citizens of different states in which the amount in controversy exceeds $75,000.00. ALLSTATE is entitled to remove this action because this Honorable Court has original jurisdiction based on diversity of citizenship as provided by 28 U.S.C. § 1332.

2.      The Complaint was filed in the state court on or about January 11, 2010, and alleges, *inter alia*, breach of contract, and seeks appraisal based upon ALLSTATE's alleged failure to pay for all commercial property damage.  The Chief Financial Officer of the State of Florida received a copy of the Complaint on or about February 1, 2010.   ALLSTATE was served with process and a copy of the Complaint on or about February 2, 2010, the date upon which the Chief Financial Officer of the State of Florida forwarded a copy of the Complaint to ALLSTATE's designated agent and was received by ALLSTATE's designated agent for service of process on or about February 2, 2010, 2009. This Notice of Removal is timely filed within 30 days of ALLSTATE's receipt of the initial pleading and/or receipt of other papers from which it can first be ascertained that the case is one which is removable.   Complete copies of all process, pleadings, and any orders served upon ALLSTATE in the state court action are collectively attached to this Notice of Removal, pursuant to 28 U.S.C. § 1446(a), as Exhibit **"A."**

3.      At all material times hereto, including the time of the filing and service of the Complaint in the state court action, and the time of filing and service of this Notice, Plaintiff  is a corporation  with its physical location and principal place of business in Broward County, State of Florida.

4.      At all material times hereto, Defendant, ALLSTATE, was and is a foreign corporation doing business in the State of Florida and is incorporated in the State of Delaware with its principal place of business in the State of Illinois.

5.      Although the Complaint alleges that Plaintiffs seek to recover damages from ALLSTATE in an unspecified amount exceeding $15,000.00, and therefore not a case which is removable from the jurisdictional face of the pleading, the documents from the Plaintiffs and the allegations in the Complaint demonstrate that Plaintiff is seeking an amount in controversy exceeding $75,000.00, exclusive of interest, costs, and attorney fees.

6.      The Complaint alleges that Plaintiff is the insured under a certain policy of insurance and that Allstate issued said policy of insurance.

7.      The Complaint further alleges that while said policy of insurance was in effect, Plaintiff's property located at 2104 Cypress Bend Drive, 2106 Cypress Bend Drive, 2108 Cypress Bend Drive, 2216 Cypress Bend Drive and Cypress Bend Drive Bath, Pompano Beach, Florida (hereinafter the "subject property") was damaged on or about October 24, 2005, by Hurricane Wilma.

8.      The Complaint alleges that Plaintiff notified ALLSTATE of its request for appraisal under the subject policy but that ALLSTATE failed or refused to name its appraiser and commence the appraisal process, and failed to pay all damages caused by the subject loss.

9.      The Complaint alleges that Plaintiff informed Allstate that it determined the amount of its loss to be $4,035,580.49, based on the information known to it at the time of its Proof of Loss.

10.     The Complaint alleges that ALLSTATE, *inter alia* breached the contract of insurance, and that Plaintiff have been damaged thereby.

11.     The Complaint seeks damages against ALLSTATE for reasonable attorney's fees and costs incurred and to be incurred by it in prosecuting this action, "pursuant to Florida Statute § 627.428."

3

12.     The foregoing demonstrates that the amount in controversy clearly exceeds the sum of $75,000.00, exclusive of interest, costs, and attorneys' fees for each Plaintiff.

13.     A copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Court for the Seventeenth Judicial Circuit in and for Broward County, Florida.

**WHEREFORE**, Defendant, ALLSTATE INSURANCE COMPANY, respectfully requests that the civil action filed by Plaintiff, Cypress Bend  IV Condominium Association, Inc. in the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County, Florida, be removed to this Court as provided by 28 U.S.C. §1441, *et. seq.*, and that this Honorable Court accept jurisdiction of this action.

Dated this 3rd day of March, 2010.

Respectfully Submitted,


By:     s/Stephanie H. Luongo
        Stephanie H. Luongo, Esquire
        Florida Bar No.:  555703
        sluongo@powersmcnalis.com
        **POWERS, MCNALIS, TORRES & TEEBAGY**
        P.O. Box 21289
        West Palm Beach, FL  33416-1289
        (561) 588-3000 Telephone
        (561) 588-3705 Facsimile
        Attorney for Defendant


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of March, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached

4

Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      BY:    s/Stephanie H. Luongo
                                                 Stephanie H. Luongo, Esquire
                                                   Florida Bar No.: 555703
                                                 sluongo@powersmcnalis.com

## SERVICE LIST

CYPRESS BEND IV CONDOMINIUM ASSOCIATION, INC.

vs.

ALLSTATE INSURANCE COMPANY

United States District Court, Southern District of Florida
Ft. Lauderdale Division

CASE NO. :

Shaun Marker, Esquire
smarker@cdglawyers.com
Christopher N. Mammel, Esquire
cmammel@cdglawyers.com
Childress, Duffy, Goldblatt, Ltd.
12000 Biscayne Blvd.
Suite 415
North Miami, FL  33181
Telephone:      (305) 895-9050
Facsimile:      (305) 895-9589
Attorneys for Plaintiffs
Via CM/ECF


 and

Childress, Duffy, Goldblatt, Ltd.
515 N. State Street, Suite 2200
Chicago, IL  60610
Telephone:      (312) 494-0200
Facsimile:      (312) 494-0202
Attorneys for Plaintiff
Via U. S. Mail


ALLLIT-10006/98
RBF/rbf/sam

6